Form summon (07/09)

## United States Bankruptcy Court
### Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address): | Case Number 24–01896–jtg |
| **Martech Enterprise, LLC** | Adv. Pro. No. 25–80010–jtg |
| Debtor | Chapter 7 |
| **Marcia R. Meoli** | Honorable John T. Gregg |
| Plaintiff | |
| **PAY PAL, INC.**<br>**Kapitus, LLC** | |
| Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

Michelle M. Wilson, Clerk of Court
United States Bankruptcy Court
Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's
Attorney:

Marcia R. Meoli
Marcia R. Meoli
17 West 10th Street
Ste 120
Holland, MI 49423

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:   February 3, 2025**

**Clerk of the Bankruptcy Court**
**s/ Michelle M. Wilson**



## CERTIFICATE OF SERVICE

I, _____Judy DeVries_____ , certify that I am, and at all times during the service of process was not less than, 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served the summons and a copy of the complaint on __2/5/2025__ by:

Mail service: Regular, first class United States mail, postage fully prepaid, addressed to:

Andrew Reiser, CEO, KAPITUS, LLC, 120 WEST 45TH STREET, NEW YORK, NEW YORK, 10036-4195

Alex Chriss, CEO, PAY PAL, LLC, 2211 NORTH 1ST STREET, SAN JOSE, CA 95131-2021

**IF THE DEFENDANT IS NOT AN INDIVIDUAL, THE ABOVE ADDRESSES WERE OBTAINED BY CALLING THE APPROPRIATE GOVERNMENTAL AGENCY TO DISCOVER THE AGENT FOR SERVICE OF PROCESS AND/OR PLAINTIFF ADDRESSED THE DOCUMENTS TO THE PRESIDENT OR LEGAL DEPARTMENT OF THE DEFENDANT.**

**NOT APPLICABLE:**

____ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

____ Residence service: By leaving the process with the following adult at:

____ Publication: The defendant was served as follows. [Describe briefly]

____ State law: The defendant was served pursuant to the laws of the State of _____, as follows.

Under penalty of perjury, I declare that the foregoing is true.

Date ____2/5/25____                          _____Judy DeVries_____
                                                                    Judy DeVries

Business Address:
   MARCIA R. MEOLI, PLLC
   17 West 10th Street, Suite 120
   Holland, MI 49423